USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 7/22/2022

UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| L.G.C., <br> *Petitioner*, <br> v. <br> Thomas DECKER, Director, New York ICE Field Office; Tae JOHNSON, Acting Director, U.S. Immigration and Customs Enforcement; Alejandro MAYORKAS, Secretary, U.S. Department of Homeland Security; Merrick GARLAND, Attorney General of the United States; Carl DUBOIS, Sheriff of Orange County, <br> *Respondents*. | **ORDER FOR LEAVE TO PROCEED UNDER PSEUDONYM, FILE CERTAIN EXHIBITS UNDER SEAL, AND REDACT REFERENCES TO PETITIONER'S IDENTITY IN REMAINING EXHIBITS AND ALL SUBSEQUENT FILINGS, ORDERS, AND OPINIONS** |

Upon the motion of Petitioner, and in light of the sensitive nature of the issues raised in the case, including but not limited to the nature of Petitioner's mental health and cognitive diagnoses, information underlying his asylum claim, and history of suicidal ideations, Petitioner's motion to proceed under pseudonym ("L.G.C.") in the Petition and file certain exhibits under seal is hereby GRANTED. It is FURTHER ORDERED, that references to Petitioner's identity be redacted from certain exhibits and all other subsequent filings, orders, and opinions that implicate Petitioner's safety and privacy interests.

Dated: 7/22/2022

SO ORDERED.

_____
Honorable District Court Judge
Valerie Caproni

The motion is GRANTED subject to reconsideration by the assigned district judge.